# FISHER | TAUBENFELD LLP

225 Broadway, Suite 1700
New York, New York 10007
**Main** 212.571.0700
**Fax** 212.505.2001
www.fishertaubenfeld.com

Writer's direct dial: (212) 384-0258
Writer's email: michael@fishertaubenfeld.com

December 14, 2023

**VIA ECF**
Hon. Mary Kay Vyskocil
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/14/2023

Re: Moina v Pjetro Juncaj Home Improvement Inc. et. al.
Case No.: 1:22-cv-07014-MKV

Dear Judge Vyskocil:

We represent Plaintiff in this matter. We write in accordance with the Court's November 14, 2023 endorsement and order.

As of yet, an executor has not officially been appointed in the deceased Defendants' probate proceedings in Bronx Surrogate's Court. With leave of the Court, Plaintiff intends to amend his Complaint to replace the individual Defendant with the executor of the individual Defendant's estate, once an executor is officially appointed. Plaintiff respectfully requests 30 additional days to amend the complaint, by which time the executor will hopefully be appointed.

Thank you for your attention to the above.

Respectfully Submitted,
--------------------/s/-------------------
Michael Taubenfeld

**Granted. SO ORDERED.**

Date: 12/14/2023
New York, New York

*/s/ Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge