# FISHER | TAUBENFELD LLP

225 Broadway, Suite 1700
New York, New York 10007
**Main** 212.571.0700
**Fax** 212.505.2001
www.fishertaubenfeld.com

Writer's direct dial: (212) 384-0258
Writer's email: michael@fishertaubenfeld.com

February 16, 2023

**VIA ECF**
Hon. Mary Kay Vyskocil
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/7/2024

Re*:* Moina v Pjetro Juncaj Home Improvement Inc. et. al.
Case No.: 1:22-cv-07014-MKV

Dear Judge Vyskocil:

We represent Plaintiff in this matter. We write in accordance with the Court's January 12, 2024 endorsement and order.

The executor has still not been appointed in the deceased Defendants' probate proceedings in Bronx Surrogate's Court. Once the executor is appointed, Plaintiff intends to amend his Complaint to replace the individual Defendant with the executor of the individual Defendant's estate. Plaintiff's counsel also attempted to contact the Defendant's estate attorney in late November by mail and e-mail, but has yet to receive a response. Plaintiff respectfully requests 30 additional days to amend the complaint, until March 18, 2024, by which time the executor will hopefully be appointed.

Thank you for your attention to the above.

Respectfully Submitted,
--------------------/s/-------------------
Michael Taubenfeld

**Granted. SO ORDERED.**

Date: March 7, 2024
New York, New York

Mary Kay Vyskocil
United States District Judge