UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JAIME MOINA, *Individually and on Behalf of Others Similarly Situated*,

                Plaintiff,

-against-

PJETRO JUNCAJ HOME IMPROVEMENT INC. and PJETRO JUNCAJ,

                Defendants.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/8/2024

22-cv-7014 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    IT IS HEREBY ORDERED that the conference that was previously scheduled to take place on November 14, 2024 is ADJOURNED *sine die*.

**SO ORDERED.**

**Date:** November 8, 2024
      New York, NY

                                            **MARY KAY VYSKOCIL**
                                            **United States District Judge**