# FISHER | TAUBENFELD LLP

225 Broadway, Suite 1700
New York, New York 10007
**Main** 212.571.0700
**Fax** 212.505.2001
www.fishertaubenfeld.com

Writer's direct dial: (212) 384-0258
Writer's email: michael@fishertaubenfeld.com

May 13, 2025

**VIA ECF**
Hon. Mary Kay Vyskocil
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/14/2025

Re: *Moina v Pjetro Juncaj Home Improvement Inc. et. al.*
Case No.: 1:22-cv-07014-MKV

Dear Judge Vyskocil:

We represent Plaintiff in this matter. We write to respectfully request that the Court adjourn the final pretrial conference and trial dates. Defendants consent to this request. The current dates are as follows:

1. Final pretrial conference is scheduled for July 16, 2025; and
2. Trial is set to begin on July 21, 2025.

Plaintiff requests that the Court reschedule the conference and trial for the week of August 4, 2025 or alternatively on or after October 20, 2025. All counsel and parties are available on these dates.

The reason for this request is that my family and I are scheduled to be on vacation out of state on July 16 and the week of July 21. We therefore respectfully request that the Court adjourn the trial as requested above.

Thank you for your attention to the above.

Respectfully Submitted,
--------------------/s/-------------------
Michael Taubenfeld

---

This request to adjourn the trial and Final Pretrial Conference is GRANTED. The trial shall commence on August 5, 2025 and conclude on August 6, 2025. The FPTC will take place on July 31, 2025 at 11:00 a.m. The parties' pretrial submissions remain due June 16, 2025. The Court admonishes the parties to carefully review the Court's Individual Rules for bench trials because non-compliant submissions will result in sanctions. Sanctions may include: monetary sanctions on counsel and the parties themselves; preclusion of claims, defenses, and evidence; and the case-terminating sanctions of dismissal and default judgment.

Date: May 14, 2025
New York, New York

Mary Kay Vyskocil
United States District Judge