# FISHER | TAUBENFELD LLP

|  |  |
|---|---|
| USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 6/6/2025 | 225 Broadway, Suite 1700<br>New York, New York 10007<br>**Main** 212.571.0700<br>**Fax** 212.505.2001<br>www.fishertaubenfeld.com |

Writer's direct dial: (212) 384-0258
Writer's email: michael@fishertaubenfeld.com

June 6, 2025

**VIA ECF**
Hon. Mary Kay Vyskocil
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

       Re: Moina v Pjetro Juncaj Home Improvement Inc. et. al.
       Case No.: 1:22-cv-07014-MKV

Dear Judge Vyskocil:

      We represent Plaintiff in this matter. The parties write to respectfully request that the Court adjourn the June 16, 2025 deadline for the parties to submit pretrial filings to June 23, 2025. The reason for the request is that the parties need an additional week to submit the extensive pretrial filings. Moving the deadline one week will also not affect the outstanding pretrial conference and trial dates. We therefore respectfully request that the Court adjourn the pretrial filings deadline.

      Thank you for your attention to the above.

                                    Respectfully Submitted,
                                    --------------------/s/-------------------
                                    Michael Taubenfeld

---

GRANTED. The pretrial materials must be filed by June 23, 2025. The Court will not entertain any requests for a further extension of this deadline. The parties are on notice that failure to comply with court orders, the Federal Rules, the Local Rules, and the Court's Individual Rules of Practice may result in sanctions, including: monetary sanctions on counsel and the parties; preclusion of claims, defenses, evidence, and motion practice; and dismissal/default judgment.

Date: June 6, 2025
New York, New York

                                    Mary Kay Vyskocil
                                    United States District Judge