# FISHER | TAUBENFELD LLP

225 Broadway, Suite 1700
New York, New York 10007
**Main** 212.571.0700
**Fax** 212.505.2001
www.fishertaubenfeld.com

Writer's direct dial: (212) 384-0258
Writer's email: michael@fishertaubenfeld.com

July 8, 2025

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/8/2025

**VIA ECF**
Hon. Mary Kay Vyskocil
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re*:* Moina v Pjetro Juncaj Home Improvement Inc. et. al.
Case No.: 1:22-cv-07014-MKV

Dear Judge Vyskocil:

We represent Plaintiff in this matter. We write, with the consent of Defendants, to respectfully request that the Final Pretrial Conference currently scheduled for July 23, 2025 at 2:00 p.m. be adjourned to the week of July 28, 2025. The parties are available any day that week except July 28 and July 29, 2025. The reason for this request is that undersigned counsel is on vacation out of state until July 28.

Thank you for Your Honor's consideration of the above.

Respectfully Submitted,

/s/ Michael Taubenfeld
Michael Taubenfeld

---

This request to adjourn the Final Pretrial Conference is DENIED because the Court has a full calendar and cannot accommodate the request to adjourn.

Date: July 8, 2025
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge