UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JAIME MOINA, Individually and on Behalf of Others Similarly Situated,

          Plaintiff,

-against-

PJETRO JUNCAJ HOME IMPROVEMENT INC. and PJETRO JUNCAJ,

          Defendants.

No. 22-CV-7014 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The above-entitled matter has been referred to the Court for settlement. Counsel, Plaintiff, and a decision maker for Defendant shall appear for a settlement conference on Monday, August 11 at 10:00 A.M. in courtroom 12A at 500 Pearl Street, New York, NY 10007.

**SO ORDERED.**

Dated:    August 4, 2025
           New York, New York

                            */s/ Loretta A. Preska*
                            LORETTA A. PRESKA
                            Senior United States District Judge