

| | | | |
|---|---|---|---|
| Ira S. Nesenoff | Barbara H. Trapasso | Adrienne D. Levy |
| Andrew T. Miltenberg | Kristen E. Mohr | Regina M. Federico |
| Stuart Bernstein | Helen J. Setton | Kimberly S. Courtney |
| | Rodman W. Streicher | *Senior Litigation Counsel* |
| Tara J. Davis | | |
| Gabrielle M. Vinci | | Marybeth Sydor |
| Kara L. Gorycki | | *Title IX Consultant* |

ATTORNEYS AT LAW

nmllplaw.com

August 6, 2025

**VIA ELECTRONIC FILING**
Hon. Loretta A. Preska
United States District Court for the
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    Moina v. Pjetro Juncaj Home Improvement, Inc. et. al.
                Civil Action No.: 1:22-cv-07014-MKV
                **Consented to Request to Adjourn Settlement Conference**

Dear Your Honor:

      Please be advised, the undersigned is counsel to Defendant Lulash Juncaj ("Defendant Juncaj"), sued herein as executor of the estate of Petro Juncaj (the "Estate"). I write, with the consent of Plaintiff's counsel, to respectfully request an adjournment of the settlement conference scheduled in this matter for Monday, August 11, 2025. This is Defendant's first request to adjourn the settlement conference.

      The basis for this request is two-fold. First, the undersigned counsel is required to appear for a previously scheduled school disciplinary hearing in Wisconsin. In addition, Defendant Juncaj, who is the sole representative of the Estate, is not available to appear for the conference on August 11, 2025 due to his previously scheduled travel obligations.

      Accordingly, Defendant respectfully requests an adjournment of the settlement conference for a date when all parties and counsel are available to appear. The undersigned has conferred with Plaintiff's counsel and proposes the following mutually agreeable and available dates: August 18, August 19, and August 20. The undersigned notes that Defendant Juncaj is not available the last week of August and kindly asks that if the above dates do not work for the Court's schedule, that the conference be scheduled as early as possible in September 2025.

**NESENOFF & MILTENBERG**
New York | Boston | Washington D.C.

**August 6, 2025**
**Page 2 of 2**

Counsel remains available should Your Honor have any questions or concerns. Thank you.

**Respectfully submitted,**

*s/ Gabrielle Vinci*
**Gabrielle Vinci, Esq.**

CC: *All counsel of record (Via ECF)*

```
The request to adjourn the settlement
conference is GRANTED.  The conference is
adjourned to September 4, 2025 at 2:00 p.m.
The Clerk of the Court shall close dkt. no.
78.
_____
Loretta A. Preska
United States District Judge

August 7, 2025
New York, New York
```

363 Seventh Avenue | 5th Floor | New York, NY | 10001 | T: 212.736.4500

101 Federal Street | 19th Floor | Boston, MA | 02110 | T: 617.209.2188

218 North Lee Street | 3rd Floor | Alexandria, VA | 22314 | T: 202.850.0123