UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAIME MOINA,<br><br>                              Plaintiff,<br><br>-against-<br><br>PJETRO JUNCAJ HOME IMPROVEMENT INC., ET AL.,<br><br>                              Defendants. | 22-CV-07014 (MKV)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

The settlement conference scheduled for September 4, 2025 at 2:00 p.m. is adjourned to September 9, 2025 at 11:00 a.m.

**SO ORDERED.**

Dated:    New York, New York
          September 4, 2025

_____
LORETTA A. PRESKA
Senior United States District Judge