UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JAIME MOINA,

                Plaintiff,

-against-

PJETRO JUNCAJ HOME IMPROVEMENT INC., ET AL.,

                Defendants.

22-CV-07014 (MKV)

<u>ORDER</u>

---

LORETTA A. PRESKA, Senior United States District Judge:

    The settlement conference scheduled for September 9, 2025 at 11:00 a.m. is adjourned to September 15, 2025 at 11:00 a.m.

**SO ORDERED.**

Dated:    New York, New York
           September 8, 2025

                              *Loretta A. Preska*
                              _____
                              LORETTA A. PRESKA
                              Senior United States District Judge