UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/15/2025

JAIME MOINA, *Individually and on Behalf of Others Similarly Situated*,

       Plaintiff,

-against-

PJETRO JUNCAJ HOME IMPROVEMENT INC. and PJETRO JUNCAJ,

       Defendants.

22-cv-7014 (MKV)

<u>ORDER OF DISMISSAL</u>

MARY KAY VYSKOCIL, United States District Judge:

   The Court has been informed by Judge Preska that, with her assistance, the parties have reached a settlement in principle. Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if either (1) the parties are unable to memorialize their settlement in writing and the application to restore the action is made by October 20, 2025, or (2) the surrogate court denies approval of the settlement. If neither condition is met, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004). All other dates and deadlines are adjourned *sine die*.

**SO ORDERED.**

Date: **September 15, 2025**
    **New York, NY**

*Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**

1