FISHER | TAUBENFELD LLP

225 Broadway, Suite 1700
New York, New York 10007
**Main** 212.571.0700
**Fax** 212.505.2001
www.fishertaubenfeld.com

Writer's direct dial: (212) 384-0258
Writer's email: michael@fishertaubenfeld.com

October 27, 2025

**VIA ECF**
Hon. Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/28/2025

Re: Moina v Pjetro Juncaj Home Improvement Inc. et. al.
Case No.: 1:22-cv-07014-MKV

Dear Judge Vyskocil:

We represent Plaintiff in this matter. We write to request an extension of Plaintiff's deadline to reopen the case to November 3, 2025. Defendants made a request to extend the deadline to reopen the case (DE 84), which the Court has not yet acted on. The reason for this request is that although the parties have finalized the agreement, and Plaintiff has executed it, Defendants have not yet executed the agreement. We therefore request the extension to November 3, 2025.

Thank you for Your Honor's consideration of the above.

Respectfully Submitted,

/s/ Michael Taubenfeld
Michael Taubenfeld

---

The request for an extension of time, until November 3, 2025, to move to reopen this case is GRANTED. The Court also notes, for the completeness of the record and the avoidance of doubt, that the parties' agreement has received "judicial approval" as required by *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206 (2d Cir. 2015), because an Article III judge assisted the parties in reaching the terms of the settlement and deemed the agreement fair and reasonable under *Cheeks* and its progeny [*see* ECF No. 83].

The Clerk of Court respectfully is requested to terminate ECF numbers 84 and 85.

Date: October 28, 2025         *Mary Kay Vyskocil*
New York, New York             Mary Kay Vyskocil
                               United States District Judge